AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MICHAEL SAPIA, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CV-01317 |
| HOME BOX OFFICE, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Sapia, et al (all plaintiffs)

Date:   04/30/2018

/s/ Robert J. Valli, Jr.
*Attorney's signature*

ROBERT J. VALLI, JR.
*Printed name and bar number*

Valli Kane & Vagnini LLP
600 Old Country Road-Suite 519
Garden City, NY 11530

*Address*

rvalli@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(516) 706-0248
*FAX number*