UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MICHAEL SAPIA, *et al.*,

                Plaintiffs,

    - against -

HOME BOX OFFICE, INC.,

                Defendant.

------------------------------------------------------------- x

Case 1:18-cv-01317 (CM)

**STIPULATION AND ORDER**

WHEREAS, Defendant Home Box Office, Inc. ("Defendant") filed a motion to dismiss the Amended Complaint (the "Motion") in the above captioned action on June 11, 2018 (ECF Dkt. No. 20); and

WHEREAS, Plaintiffs and Defendant have agreed to extend the time for Plaintiffs to file their papers in opposition to the Motion, and for Defendant to file its papers in Reply.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

(i)    the time within which Plaintiffs may file their papers in opposition to the Motion is hereby extended to June 29, 2018; and

(ii)   the time within which Defendant may file its papers in Reply is hereby extended to July 13, 2018.

Dated: June 25, 2018
       Garden City, New York

VALLI KANE & VAGNINI LLP

By: _____
    Matthew L. Berman
    Robert J. Valli, Jr.
    Sara Wyn Kane

600 Old Country Road, Suite 519
Garden City, New York 11530
Phone: (516) 203-7180

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Laura Sack
    Lyle S. Zuckerman

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Phone: (212) 489-8230

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Colleen McMahon
Chief U.S. District Judge

2