UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

Michael Sapia, *et al.*,

                Plaintiffs,                18 Civ. 1317 (CM)

    -against-

Home Box Office, Inc.,

                Defendant.

———————————————————————x

## ORDER TO SHOW CAUSE

McMahon, C.J.:

    WHEREAS on June 25, 2019, Counsel Robert J. Valli, Jr., James A. Vagnini, and Matthew L. Berman, attorneys for Plaintiff Curtis Neil, filed a motion to withdraw as counsel for Mr. Neil because he had not cooperated with their numerous attempts to respond to Defendant's outstanding discovery requests (Dkt. No. 43);

    WHEREAS on July 1, 2019, the Court granted counsel's motion for leave to withdraw and notified Mr. Neil that he had until August 11, 2019 to retain new counsel or notify the Court that he is proceeding *pro se* (Dkt. No. 41);

    WHEREAS Mr. Neil has not advised the Court of his intentions, nor has new counsel entered an appearance on his behalf, in accordance with the Court's July 1 order;

    PLAINTIFF CURTIS NEIL IS HEREBY ORDERED TO SHOW CAUSE by filing a letter with this Court by 5 pm on Monday, September 30, 2019 as to why his case should not be dismissed for failure to prosecute.

    Mr. Neil's former counsel must apprise Mr. Neil of this order by cellphone and priority mail at his last known address.

Dated: September 20, 2019

                                                    Chief Judge

BY ECF TO ALL PARTIES