```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___12/11/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL SAPIA, et al.,                                      :
                                                            :                 18-CV-1317 (CM) (RWL)
                             Plaintiffs,                    :
                                                            :                 **ORDER**
              - against -                                   :
                                                            :
HOME BOX OFFICE, INC.,                                      :
                                                            :
                             Defendant.                     :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court has received and reviewed the status letter submitted by Plaintiffs on

December 11, 2020.  By **December 23, 2020**, the parties shall meet and confer and

submit a proposed schedule for completion of the current phase of discovery and the

steps to follow, including any proposed motion briefing.  The Court applauds the parties'

efforts to discuss potential settlement, but meanwhile the case needs deadlines so that it

does not continue to linger.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2020
        New York, New York

Copies transmitted this date to all counsel of record.