```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL SAPIA, et al.,                          :
                                                :         18-CV-1317 (CM) (RWL)
                              Plaintiffs,       :
                                                :         ORDER
            - against -                         :
                                                :
HOME BOX OFFICE, INC.,                          :
                                                :
                              Defendant.        :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 27, 2020, Chief Judge McMahon informed certain Plaintiffs that she had entered an order relieving the Valli Kane & Vagnini law firm as their counsel, for good cause shown; and directing them to either enter an appearance through new counsel or notify the Court in writing that they would be proceeding pro se.  (Dkt. 60.)

Only Plaintiff Ali Muhammed expressed an interest in representing himself if given the opportunity.  (Dkt. 62.)

Accordingly, the Clerk's Office is directed to mail copies of the Court's December 11, 2020 Order (Dkt. 64) and the remaining parties' most recent correspondence (Dkt. 66, 67) to pro se Plaintiff Muhammed and note service on the docket.

Unless and until directed otherwise by the Court, Plaintiffs represented by the Valli Kane & Vagnini firm and Defendant shall send copies of all future filings to pro se Plaintiff Muhammed.

Pro se Plaintiff Muhammed shall meet and confer with the remaining parties pursuant to the Court's December 11, 2020 Order.  Failure to do so may result in his dismissal from this case without prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2020
       New York, New York

Copies transmitted this date to all counsel of record via ECF.  The Clerk's Office is directed to mail a copy of this Order to pro se Plaintiff and note service on the docket:

   Muhammed Ali
   40 West 115th Street
   Apt. 2F
   New York, NY 10026

2