UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAPIA, et al.,

               Plaintiffs,

v.

HOME BOX OFFICE, INC.

               Defendant.

Case: 1:18-cv-01317 (CM)(RWL)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Winston Blackwood, Errol Brown, Dionicio Chambers, John Carusi, Rafael Diaz, Howard Harrison, Collette Sajjad, and Clinton Spence, by and through their attorneys, submit this Stipulation of Dismissal With Prejudice for all causes of action raised (or which could have been raised in this case) by these individual Plaintiffs only against Defendant Home Box Office, Inc. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

Dated: July 2, 2021
       Garden City, New York

| | |
|---|---|
| VALLI KANE & VAGNINI LLP | DAVIS WRIGHT TREMAINE LLP |
| By: /s/ Matthew L. Berman | By: /s/ Michael Goettig |
| Matthew L. Berman | Michael Goettig |
| Robert J. Valli, Jr. | Laura Sack |
| Sara Wyn Kane | Lyle S. Zuckerman |
| 600 Old Country Road, Suite 519 | 1251 Sixth Avenue, 21st Floor |
| Garden City, New York 11530 | New York, New York 10020 |
| Phone: (516) 203-7180 | Phone: (212) 489-8230 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

4813-8766-0528v.2 0018723-000187

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

/s/ Matthew L. Berman
Matthew L. Berman

4813-8766-0528v.2 0018723-000187