UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

MICHAEL SAPIA, *et al.*,

             Plaintiffs,

   - against -

HOME BOX OFFICE, INC.,

             Defendant.

Case No. 18-cv-01317 (CM) (RWL)

**CERTIFICATE OF SERVICE**

---

# CERTIFICATE OF SERVICE

    I hereby certify that, on August 5, 2021, I caused to be served upon *Pro Se* plaintiff Ali Muhammad true and correct copies of the following documents:

1. The Reply Memorandum of Law;

2. The Declaration of Stephanie Henderson, with Exhibit A;

3. The court opinion and order *Doubleline Cap LP v. Odebrecht Fin. Ltd.*, No. 17-CV-4756, 2021 WL 1191527 (S.D.N.Y. Mar. 30, 2021); and

4. The court opinion and order *Michael v. General Motors Co.*, No. 15-CV-03659, 2016 WL 3440551 (S.D.N.Y. June 14, 2016).

    Service was effected by sending the above documents by overnight delivery via United Parcel Service to:

    Ali Muhammed
    Plaintiff *pro se*
    40 West 115th Street, Apt. 2F
    New York, New York 10026

Dated:  New York, New York
          August 5, 2021

                              By:  */s/ Michael Goettig*
                                      Michael Goettig